UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RODNEY GRUBBS | ) | CASE NO. 23-05593-JJG-7A |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| JOANNE FRIEDMEYER, TRUSTEE, | ) | Adversary Proceeding |
| | ) | No. 25-50063 |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| TERESA WILSON | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT PRETRIAL REPORT**

Plaintiff, Joanne Friedmeyer, Trustee ("Plaintiff") for the Chapter 7 Bankruptcy Estate (the "Estate") of Rodney Grubbs ("Debtor") by counsel, and defendant, Teresa Wilson ("Defendant", and, when referenced collectively with the Plaintiff, the "Parties"), also by counsel, pursuant to the Court's Order Setting Telephonic Pretrial Conference dated September 10, 2025 [Doc. No. 10], submit the following Pre-Trial Report.

**JURISDICTIONAL MATTERS**

1. The Court has subject matter jurisdiction over the above-captioned adversary proceeding (the "Adversary Proceeding") pursuant to 28 U.S.C. § 1334(b) and 28 U.S.C. § 157.

2. The Adversary Proceeding is a "core proceeding" as that term is defined in 28 U.S.C. § 157(b).

3. The Parties consent to the entry of final orders or judgment by the Bankruptcy Judge, regardless of whether the proceeding is core or non-core; provided, however, that the

Defendant does not consent to the entry of final orders or judgments if it is determined that a preference claim against a defendant who has not filed a proof of claim is a *Stern* claim.

4. No demand for a jury trial has been made.

## STATEMENT OF FACTS AT ISSUE

5. Whether the $63,812.72 received by Defendant via wire transfer on December 4, 2023 (the "Transfer"), was a transfer of property of the Debtor.

6. Whether the Debtor was insolvent at the time of the Transfer and whether the Defendant can rebut the presumption of insolvency of Debtor provided under 11 U.S.C. §547(f) at the time of the Transfer.

7. Whether the Transfer was in payment of a debt incurred by the Debtor in the ordinary course of business or financial affairs of the Debtor and the Defendant, and such Transfer was made in the ordinary course of business or financial affairs of the Debtor and the Defendant.

8. Whether the Transfer was in payment of a debt incurred by the Debtor in the ordinary course of business or financial affairs of the Debtor and the Defendant, and such Transfer was made according to ordinary business terms.

9. Whether the Transfer enabled the Defendant to receive more than the Defendant would have received via the Debtor's Chapter 7 Bankruptcy if the Transfer had not been made.

## STATEMENT OF ISSUES OF LAW TO BE RESOLVED

10. Whether the Transfer is avoidable pursuant to 11 U.S.C. § 547(b), including, whether the Plaintiff conducted reasonable due diligence in the circumstances of the case, taking into account known or reasonably knowable affirmative defenses.

11. Whether the Transfer is recoverable pursuant to 11 U.S.C. § 550(a)?

12. Whether the Complaint fails to state a claim upon which relief can be granted?

13. Whether the Complaint is barred by the doctrine of *in pari dilecto*?

14. Whether the Plaintiff's Complaint is barred by 11 U.S.C. § 547(c)(2), including whether the Court should consider the Debtor's dealings with his other creditors before and during the preference period?

15. Whether the Defendant is barred from asserting any claim against the Estate pursuant to 11 U.S.C.§502(d) and 11 U.S.C.§550.

## **OTHER MATTERS**

16. The Defendant served her First Set of Written Discovery on the Plaintiff on September 26, 2025.

17. The Parties reserve the right to supplement or amend this Report as discovery progresses.

**Dated: October 21, 2025**

Respectfully submitted,

MULVEY LAW LLC
Counsel for the Plaintiff

/s/ Joseph L. Mulvey
Joseph L. Mulvey (#30052-49)
MULVEY LAW LLC
133 W. Market Street, No. 274
Indianapolis, IN 46204
Tel: (317) 721-1339
joseph@mulveylawllc.com

BAILEY CAVALIERI LLC
Counsel for the Defendant

*/s/ Robert B. Berner*
Robert B. Berner (Ohio #0020055)
Bailey Cavalieri LLC
409 East Monument Street, Suite 103
Dayton, Ohio 45402
937.223.4701 (Telephone)

937.223.0170 (Fax)
E-Mail:  rberner@baileycav.com

Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Pre-trial Statement* was filed electronically this 21st day of October, 2025. Notice of this filing will be sent to all parties registered to receive such notice by operation of the Court's electronic filing system.

*/s/ Joseph L. Mulvey*
Joseph L. Mulvey